# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER POE,<br><br>    Petitioner,<br><br>    v.<br><br>RAYBON JOHNSON, Warden,[1]<br><br>    Respondent. | Case No. CV 20-7601 DOC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is granted. The Petition is denied and Judgment shall be entered dismissing this action with prejudice.

---

[1] Raybon Johnson, Warden of California State Prison, Los Angeles County, where Petitioner is currently incarcerated, is substituted for the Respondent named in the Petition. Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 27, 2022

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE