JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER POE,<br><br>   Petitioner,<br><br>  v.<br><br>RAYBON JOHNSON, Warden,[1]<br><br>   Respondent. | Case No. CV 20-7601 DOC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 27, 2022

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[1] Raybon Johnson, Warden of California State Prison, Los Angeles County, where Petitioner is currently incarcerated, is substituted for the Respondent named in the Petition. Fed. R. Civ. P. 25(d).